UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :     **INDICTMENT**

      - v. -                 :     **11 CRIM 037**

ELVIS JAVIER ROLON RODRIQUEZ,   :
DOFFY FELIX,
                                 :
           Defendants.
                                 :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about April 2010 up to and including in or about May 2010, in the Southern District of New York and elsewhere, ELVIS JAVIER ROLON RODRIQUEZ and DOFFY FELIX, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that ELVIS JAVIER ROLON RODRIQUEZ and DOFFY FELIX, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substance involved in the offense was 500 grams and more of a mixture and a substance containing a detectable amount of cocaine, in violation of Title 21, United

States Code, Sections 812 and 841(b)(1)(B).

**OVERT ACTS**

4.  In furtherance of the conspiracy and to effect the illegal object thereof, ELVIS JAVIER ROLON RODRIQUEZ and DOFFY FELIX, the defendants, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

   a.  On or about April 9, 2010, RODRIQUEZ and FELIX made calls to a co-conspirator not named as a defendant herein ("CC") concerning arrangements for a purchase of cocaine by RODRIQUEZ and FELIX from CC.

   b.  On or about April 9, 2010, RODRIQUEZ and FELIX met CC in the Bronx, New York.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

5.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, ELVIS JAVIER ROLON RODRIQUEZ and DOFFY FELIX, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the

commission of the controlled substance offense alleged in Count One of this Indictment.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____          *Preet Bharara*
FOREPERSON                            PREET BHARARA
                                      United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ELVIS JAVIER ROLON RODRIQUEZ,
DOFFY FELIX,

Defendants.

### INDICTMENT

10 Cr.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), 846, 853.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

Jan. 11, 2011

Indictment returned, Case assigned to Judge Jones

- Judge Freeman, USMJ

AB